UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL TYSON LEE,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:25-cv-1416-AMM-GMB |
| **STATE OF ALABAMA,** *et al.*, | ) |
| Respondents. | ) |

## ORDER

The Magistrate Judge entered a Report and Recommendation, Doc. 3, on September 2, 2025, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation.[1]

The court **TRANSFERS** this action to the United States District Court for the Middle District of Alabama.

---

[1] There appears to be a scrivener's error in the Report and Recommendation. *See* Doc. 3 at 1. Limestone Correctional Facility in Harvest, Alabama, is located within the Northern District of Alabama. 28 U.S.C. § 81(a)(2).

2

The Clerk is **DIRECTED** to take all steps necessary for the transfer of this action to the Middle District of Alabama and to mail a copy of this order to the petitioner.

**DONE** and **ORDERED** this 1st day of October, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE